UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-00235 |
| | ) | JUDGE TRAUGER |
| BRANDON PAUL HOOPER | ) | |

## UNOPPOSED MOTION FOR REDUCED SENTENCE

The defendant, Brandon Paul Hooper, respectfully moves the Court pursuant to 18 USC § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, to reduce his sentence from a term of 85 months custody to a term of 78 months custody, effective November 1, 2015, leaving the sentence unchanged in other respects. Undersigned counsel is authorized to state that the attorney for the government does not oppose this motion.

On May 6, 2015, the defendant filed a similar motion in case number 3:11-00082-19 which was granted by this Court on May 7, 2015. These two cases were consolidated for plea and sentencing. For sentencing purposes, the two convictions merged resulting in a combined guideline range that covered both cases. Thus, the sentences in both cases should be reduced. Counsel for the defendant inadvertently failed to seek a reduction in the instant case at the time the reduction was sought in case 3:11-00082-19. The omission was brought to the attention of counsel for both parties by the United States Probation Office. All agree that the sentence in the instant case should be reduced in order to give effect to the application of Amendment 782 to the sentence imposed on the defendant by this Court in these two cases. A proposed Order and statement of reasons are filed separately herewith.